**SIGNED THIS 15th day of March, 2022**

*Rebecca B. Connelly*
Rebecca B. Connelly
UNITED STATES BANKRUPTCY JUDGE

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.**

## UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA

**In re:**
**RONALD FRANKLIN THOMAS,**              Chapter 13
　　Debtor.                              Case No. 22-60121

### ORDER AND NOTICE

Ronald Franklin Thomas ("debtor"), by counsel, filed a voluntary chapter 13 petition on February 10, 2022. *See* ECF Doc. No. 1. The following day, the Court issued a deficiency order because of the debtor's failure to file the required schedules, statements, and chapter 13 plan. *See* ECF Doc. No. 6. The order directed that the failure to file them within 14 days or to request an extension of time within that time period may result in dismissal without further notice or hearing. *Id.* The debtor filed a motion requesting an extension until March 11, 2022, to file the schedules, statements, and plan, and the Court granted the request. *See* ECF Doc. Nos. 9, 12. The debtor did not file the schedules, statements, or plan by the extended date of March 11, 2022. Accordingly, it is

### O R D E R E D

That unless the schedules, statements, and chapter 13 plan are filed within 7 days of the date of this order, **or** within that time period a response showing sufficient cause why the case

should not be dismissed **and** a request for hearing is filed, **the case shall be dismissed without further notice or hearing.**

Copies of this order shall be sent to the debtor, debtor's counsel, the chapter 13 trustee, and the Office of the United States Trustee.

**END OF ORDER**