

SIGNED  March 23, 2022
THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.

Rebecca B. Connelly
UNITED STATES BANKRUPTCY JUDGE

## UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA

| In re: Ronald Franklin Thomas | CASE NO. 22–60121 |
|---|---|
| Debtor(s) | CHAPTER 13 |

### ORDER DISMISSING CASE

For the reasons set forth in the Notice or Motion, and for good cause shown, it is

O R D E R E D

that the above case(s) and all related pending motions and adversary proceedings arising therein, unless on appeal, be, and the same hereby are, dismissed.

It is further

O R D E R E D

that upon the trustee filing a final report herein, the same shall be deemed approved without further order, trustee's bond shall be released and the trustee shall be discharged from further liability herein unless proper objection is made to said final report within thirty (30) days after filing of same or such extended time as may be granted upon proper application made within said thirty (30) day period. If the Discharge Order has been issued, the same is recinded.

If the case is a Chapter 13 case, it is further

O R D E R E D

that the employer, if heretofore ordered to do so, shall cease making deductions from debtor(s)' wages to be paid to the trustee. In the alternative, if the debtor(s) established electronic payments to be paid to the trustee, the debtor or the trustee, if able, should immediately cease all future scheduled payments, if any.

Service of a copy of this Order shall be by mail to the debtor(s), attorney for the debtor(s), trustee, employer, if applicable, U.S. Trustee, and all parties on the current mailing matrix.

van02

**END OF ORDER**

United States Bankruptcy Court

Western District of Virginia

In re: Case No. 22-60121-rbc

Ronald Franklin Thomas Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0423-6      User: admin      Page 1 of 2

Date Rcvd: Mar 23, 2022      Form ID: van02      Total Noticed: 21

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 25, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Ronald Franklin Thomas, 2036 Chesterfield Road, Locust Grove, VA 22508-3133 |
| aty | + | Angela M. Scolforo, Herbert L. Beskin, Ch. 13 Trustee, 123 East Main St., Ste. 310, Charlottesville, VA 22902-6800 |
| 5055183 | + | Aes/nct, Attn: Bankruptcy, Po Box 2461, Harrisburg, PA 17105-2461 |
| 5055188 | + | Freedom Mortgage Corporation, P.O. Box 8068, Virginia Beach, VA 23450-8068 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5055184 | + | Email/PDF: bncnotices@becket-lee.com | Mar 23 2022 21:00:07 | American Express, c/o Becket & Lee LLP, P.O. Box 3001, Malvern, PA 19355-0701 |
| 5060761 | | Email/PDF: bncnotices@becket-lee.com | Mar 23 2022 21:00:06 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5055182 | | EDI: AAFES | Mar 24 2022 00:58:00 | AAFES, Attn: Bankruptcy, Po Box 650060, Dallas, TX 75265 |
| 5055185 | + | EDI: CAPITALONE.COM | Mar 24 2022 00:58:00 | Capital One, P.O. Box 70884, Charlotte, NC 28272-0884 |
| 5055186 | | Email/Text: bkr@taxva.com | Mar 23 2022 20:51:00 | Commonwealth of Virginia, Dept. of Taxation, P.O. Box 1115, Richmond, VA 23218-1115 |
| 5055187 | + | Email/Text: collect@ccsroanoke.com | Mar 23 2022 20:52:00 | Creditors Collection Service, Attn: Bankruptcy, Po Box 21504, Roanoke, VA 24018-0152 |
| 5059479 | + | Email/Text: specialhandling@glasserlaw.com | Mar 23 2022 20:51:00 | Freedom Mortgage Corporation, c/o Glasser and Glasser, P.L.C., Crown Center Building, Suite 600, 580 E. Main Street, Norfolk, VA 23510-2306 |
| 5055189 | | Email/Text: specialhandling@glasserlaw.com | Mar 23 2022 20:51:00 | Glasser & Glasser, P.L.C., Crown Center, Suite 600, 580 East Main Street, Norfolk, VA 23510 |
| 5055190 | | EDI: IRS.COM | Mar 24 2022 00:58:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 5057224 | | EDI: NAVIENTFKASMSERV.COM | Mar 24 2022 00:58:00 | NAVIENT CFC, C/O Navient Solutions, LLC., PO BOX 9640, Wilkes-Barre, PA 18773-9640 |
| 5055191 | + | EDI: NAVIENTFKASMSERV.COM | Mar 24 2022 00:58:00 | Navient, Attn: Bankruptcy, Po Box 9640, Wilkes-Barr, PA 18773-9640 |
| 5055192 | + | EDI: NFCU.COM | Mar 24 2022 00:58:00 | Navy Federal Credit Union, Attn: Bankruptcy, Po Box 3000, Merrifield, VA 22119-3000 |
| 5056304 | + | EDI: NFCU.COM | Mar 24 2022 00:58:00 | Navy Federal Credit Union, PO Box 3000, Merrifield, VA 22119-3000 |
| 5055193 | + | EDI: NFCU.COM | Mar 24 2022 00:58:00 | Navy Federal Cu, Attn: Bankruptcy, P.O. Box 3000, Merrifield, VA 22119-3000 |
| 5055194 | + | EDI: AGFINANCE.COM | Mar 24 2022 00:58:00 | Onemain Financial, P.O. Box 3251, Evansville, IN |

| District/off: 0423-6 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Mar 23, 2022 | Form ID: van02 | Total Noticed: 21 |

| | | | | |
|---|---|---|---|---|
| 5055195 | + EDI: DRIV.COM | Mar 24 2022 00:58:00 | 47731-3251 Santander Consumer USA, Attn: Bankruptcy, Po Box 961245, Fort Worth, TX 76161-0244 |
| 5056464 | + EDI: DRIV.COM | Mar 24 2022 00:58:00 | Santander Consumer USA Inc., P.O. Box 560284, Dallas, TX 75356-0284 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Freedom Mortgage Corporation |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 25, 2022          Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 23, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Herbert L Beskin(82) | hbeskin@cvillech13.net  bss@cvillech13.net |
| Michael J. O. Sandler | on behalf of Debtor Ronald Franklin Thomas sandlerlaw@yahoo.com |
| Robyn D. Pepin | on behalf of Creditor Freedom Mortgage Corporation rpepin@glasserlaw.com  pjmecf@glasserlaw.com |
| USTrustee | USTPRegion04.RN.ECF@usdoj.gov |

TOTAL: 4